UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Filed Electronically*

| | |
|---|---|
| ESTATE OF EZRA GERALD SMITH, ) | |
| by and through the Administrator, Renee ) | |
| Richardson and RENEE RICHARDSON, ) | |
| Individually ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| VS. ) | **CIVIL ACTION NO. 3:10-CV-00651-CRS** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
|    Defendant ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

\* \* \* \* \*

Come now the Plaintiffs, the Estate of Ezra Gerald Smith, et al., by and through counsel, and hereby give notice that all Plaintiffs in the above-named case appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment and Order dismissing all claims entered on the 1st day of September, 2011.

                     Respectfully submitted,

                     */s/ Sheila P. Hiestand*_____
                     Sheila P. Hiestand
                     Hughes & Coleman
                     9300 Shelbyville Road, Suite 110
                     Louisville, KY  40222
                     (502) 585-3275, Ext 315
                     shiestand@hughesandcoleman.com
                     Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2011, a copy of the foregoing *Plaintiffs' Notice of Appeal* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and/or U.S. Mail. Parties may access this filing through the Court's system.

Benjamin S. Schecter
Brady Miller
Michael D. Ekman
Assistant United States Attorney
U.S. Attorney's Office, W.D.KY.
510 West Broadway, 10th Floor
Louisville, KY 40202
(502) 582-5166
ben.schecter@usdoj.gov
brady.miller@usdoj.gov
Michael.Ekman@usdoj.gov

*/s/ Sheila P. Hiestand*_____
Sheila P. Hiestand